UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x
United States of America,

                    Plaintiff,

-against-

                                         Case No. 7:01-mj-1559

Michael Gruno

                    Defendant.

———————————————————————x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                      SO ORDERED.

                                                      _____
                                                      Hon. Martin R. Goldberg
                                                     United States Magistrate Judge

Dated: <u>26th day of August, 2022</u>
        Poughkeepsie,, New York